SCWC-12-0000036

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
STRUCTURED ASSET SECURITIES CORPORATION TRUST 2006-WF1,
Petitioner/Plaintiff-Appellee,

vs.

ASSOCIATION OF APARTMENT OWNERS OF MAKAHA VALLEY PLANTATION,
Respondent/Defendant-Appellant,

and

JOHN ROBERT BAUTISTA; MAUREEN PALANGGOY BAUTISTA; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000036; CIV. NO. 09-1-2489)

<u>ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for certiorari was filed, <u>see</u> Hawaiʻi Revised Statutes § 602-59(a) (Supp. 2013); <u>see</u> <u>also</u> Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2012),

IT IS HEREBY ORDERED that Petitioner's application for writ of certiorari, filed September 22, 2014, is dismissed without prejudice to re-filing the application pursuant to HRAP

Rule 40.1(a) (2014) ("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawaiʻi, September 25, 2014.

Robert E. Chapman
and Mary Martin
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

